IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                                                       PLAINTIFF

V.                                     NO: 3:15CV00234 JM/PSH

KIM MUSE                                                                                                DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff Nicholas Addison, who is currently held at the Poinsett County Detention Center, filed a *pro se* complaint, along with an application for leave to proceed *in forma pauperis*, on August 13, 2015.

Because Plaintiff's complaint should be dismissed without prejudice pursuant to the three-strikes provision of the Prison Litigation Reform Act ("PLRA"), his application for leave to proceed

*in forma pauperis* should be denied.

Under the three-strikes provision of the PLRA, a prisoner may not bring a civil action *in forma pauperis* if he has "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The Eighth Circuit has explicitly upheld the constitutionality of the three-strikes provision. *Higgins v. Carpenter*, 258 F.3d 797 (8th Cir. 2001).

Records in the office of the Clerk of Court for the Eastern District of Arkansas reveal that Plaintiff has had more than three prior civil actions dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. *See Addison v. Martin et al*, ED/AR No. 3:15CV00001, *Addison v. Martin et al*, ED/AR No. 3:15CV00096; *Addison v. Muse*, ED/AR No. 3:15CV00133, *Addison v Martin*, ED/AR No. 3:15CV00164. The Court additionally finds, based on the allegations contained in Plaintiff's present complaint, that he is not in imminent danger of serious physical injury. Specifically, Plaintiff claims that he is being charged for hygiene kits, that he is forced to borrow toothpaste, and that he is denied adequate writing supplies. Such claims do not describe imminent danger of serious physical injury.

In light of this recommendation, plaintiff's pending motion for appointment of counsel (docket entry 4) should be denied as moot.

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's application for leave to proceed *in forma pauperis* (docket entry 1) be DENIED, and his complaint be DISMISSED WITHOUT PREJUDICE. If Plaintiff wishes to

continue this case, he should be required to submit the filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the case's dismissal, along with a motion to reopen the case. Upon receipt of the motion and full payment, this case should be reopened.

    2.    The Court additionally certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

    3.    Plaintiff's pending motion for appointment of counsel (docket entry 4) be DENIED AS MOOT.

DATED this 20th day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE