# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NICHOLAS ADDISON                                                                                    PLAINTIFF

V.                                          NO: 3:15CV00234 JM

KIM MUSE                                                                                             DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Plaintiff's application for leave to proceed *in forma pauperis* (docket entry 1) is DENIED, and his complaint is DISMISSED WITHOUT PREJUDICE.  If plaintiff wishes to continue this case, he must submit the filing and administrative fees of $400.00 to the Clerk of the Court, noting the above case style number, within thirty (30) days of the case's dismissal, along with a motion to reopen the case.  Upon receipt of the motion and full payment, this case will be reopened.

2.  The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

3.  Plaintiff's pending motion for appointment of counsel (docket entry 4) is DENIED AS MOOT.

DATED this 10th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE